UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-09793 |
| Darilyn S Swanson | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER ON MOTION TO AUTHORIZE TO QUIT CLAIM PROPERTY

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtor to authorize to Quit Claim Property; the court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That the Debtor's Motion to authorize to Quit Claim property located at 3795 Lexington Dr, Hoffman Estates, IL 60192, to Co-Owner William Ostrowski, so that Ostrowski may refinance, is hereby granted.

2. Debtor will provide the Trustee with a complete copy of the Quit Claim Deed within 10 days of the transfer.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  January 08, 2018

**Prepared by:**

David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600